

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2020

No. 04-20-00343-CV

**INTERNATIONAL INSTALLATION, LLC**,
Appellant

v.

**MADERA MILLWORK, LTD**, BOA Studio, LLC and Jason Holloway,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-07179
Honorable Renée Yanta, Judge Presiding

# O R D E R

Appellant's brief was originally due on September 25, 2020. Appellant has been granted one previous extension, until October 26, 2020. On October 26, 2020, appellant filed a second motion requesting a forty-five day extension of time in which to file its brief.

The motion is GRANTED and appellant's brief is due **no later than December 10, 2020**.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court